# IN THE UNITED STATES DISTRICT COURT
# EASTERN DIVISION OF ARKANSAS
# CENTRAL DIVISION

**USABLE MUTUAL INSURANCE COMPANY,**
**d/b/a Arkansas Blue Cross and Blue Shield**                             **PLAINTIFF**

**v.**                              **Case No. 4:19-cv-00807 KGB**

**ACE AMERICAN INSURANCE COMPANY**                                        **DEFENDANT**

## ORDER

Before the Court is plaintiff USAble Mutual Insurance Company, d/b/a Arkansas Blue Cross and Blue Shield's notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). For good cause shown, the Court dismisses this case without prejudice.

It is so ordered this 11th day of December, 2019.

*[Signature: Kristine G. Baker]*
Kristine G. Baker
United States District Judge